UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Michael A Kimmons<br><br>Debtor(s) | Case No. 15 B 27659 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/13/2015.

2) The plan was confirmed on 01/26/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/20/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Dismissed on 02/27/2018.

6) Number of months from filing to last payment: 31.

7) Number of months case was pending: 37.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $16,644.64 |
| Less amount refunded to debtor | $461.55 |
| **NET RECEIPTS:** | **$16,183.09** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,065.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $679.12 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,744.12** |
| Attorney fees paid and disclosed by debtor: | $310.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AAA Checkmate LLC | Unsecured | 1,917.43 | 3,613.57 | 3,613.57 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 214.42 | NA | NA | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 1,680.32 | 1,680.32 | 1,680.32 | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Secured | 13,692.00 | 13,921.76 | 13,921.76 | 5,759.18 | 1,408.34 |
| Atlas Acquisitions LLC | Unsecured | 0.00 | 390.00 | 390.00 | 0.00 | 0.00 |
| Brother Loan and Finance | Unsecured | 2,011.20 | 3,761.87 | 3,761.87 | 0.00 | 0.00 |
| Cavalry SPV I, LLC | Unsecured | 325.98 | NA | NA | 0.00 | 0.00 |
| Chase | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Chicago Post Office Employees CU | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| Chicago Post Office Employees CU | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| Chicago Post Office Employees CU | Unsecured | 0.00 | 699.93 | 699.93 | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 2,280.77 | 2,589.74 | 2,859.74 | 0.00 | 0.00 |
| Commonwealth Edison Company | Unsecured | 452.00 | 528.27 | 528.27 | 0.00 | 0.00 |
| Cook County Hospital | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 49.80 | NA | NA | 0.00 | 0.00 |
| CVS Corporation | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| DCP of Illinois | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 0.00 | 14,284.25 | 14,284.25 | 0.00 | 0.00 |
| Drunken Driver Defense Lawyers | Unsecured | 960.00 | 960.00 | 960.00 | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 1,660.00 | NA | NA | 0.00 | 0.00 |
| Gecrb/Care Credit | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IC System | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 400.00 | 1,845.09 | 1,845.09 | 1,309.48 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | 0.00 | 435.95 | 435.95 | 0.00 | 0.00 |
| Illinois Pathology Associates | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 0.00 | 4,173.52 | 4,173.52 | 2,961.97 | 0.00 |
| Internal Revenue Service | Unsecured | 4,241.69 | 1,163.86 | 1,163.86 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 233.46 | 233.46 | 0.00 | 0.00 |
| Labratory Corporation of America Ho | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| Lakeshore Gastroenterology | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Nationwide CAC LLC | Unsecured | 2,066.99 | 2,066.99 | 2,066.99 | 0.00 | 0.00 |
| Noward Lichman DDS | Unsecured | 356.00 | 356.00 | 356.00 | 0.00 | 0.00 |
| Peoples Energy Corp | Unsecured | 1,511.00 | 488.44 | 488.44 | 0.00 | 0.00 |
| Persolve, LLC | Unsecured | 3,168.20 | NA | NA | 0.00 | 0.00 |
| Purchasing Power LLC | Unsecured | 2,304.76 | 2,150.61 | 2,150.61 | 0.00 | 0.00 |
| SIR Finance Corporation | Unsecured | 1,073.00 | 1,073.00 | 1,073.00 | 0.00 | 0.00 |
| Speedy Cash | Unsecured | 1,101.32 | 1,117.60 | 1,117.60 | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 487.00 | NA | NA | 0.00 | 0.00 |
| Us Dept Of Ed/Glelsi | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| West Suburban Medical Center | Unsecured | 137.22 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $13,921.76 | $5,759.18 | $1,408.34 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$13,921.76** | **$5,759.18** | **$1,408.34** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,018.61 | $4,271.45 | $0.00 |
| **TOTAL PRIORITY**: | **$6,018.61** | **$4,271.45** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$37,863.86** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,744.12 |
| Disbursements to Creditors | $11,438.97 |
| **TOTAL DISBURSEMENTS** : | **$16,183.09** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/24/2018                                By: /s/ Marilyn O. Marshall
                                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**